IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

* * * * * * * * * * * * * * * * * * * * * * * * * * *

HYDROTECH INC., a Nevada corporation,  )   Case No. 1:07CV170
                                       )
            Plaintiff,                 )
                                       )
    v.                                 )
                                       )   ORDER DISMISSING CASE
WHITAKER CONSTRUCTION CO. INC.,        )
a Utah corporation, and WESTERN SURETY )
COMPANY, a South Dakota corporation    )
                                       )
            Defendant.                 )

* * * * * * * * * * * * * * * * * * * * * * * * * * *

On March 11, 2009, the Court granted leave for Attorney Todd D. Weiler to withdraw as counsel for Hydrotech in this case. On June 24, 2009, the Court ordered Hydrotech, within 10 days, to notify the clerk of the appointment of another attorney or to show good cause, in writing, why this case should not be dismissed for failure to appoint counsel or failure to prosecute the case. To date, Hydrotech has not responded to that Order.

Accordingly, Hydrotech's Complaint is hereby dismissed without prejudice.

DATED this 21st day of July, 2009.

BY THE COURT:

_____
DAVID SAM
SENIOR JUDGE
UNITED STATES DISTRICT COURT